00-CR-228-02

**FILED**
HARRISBURG, PA

APR 15 2008

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

04-09-08

Dear Mrs. Kane,

I promise to be as brief as possible, i just ask that you Read this in its entirety. I'm sure you already know that i have a motion before you and before you make your decision (if you already haven't) I would like to say a few things. Before anything else i want to clarify that by no means am I trying to undermine the heinous acts i've committed. If there was ever a way to go back and undo the past, believe me i would do it. But i wouldn't do it because i received Two-hundred months. No, i'd do it because i took more than money from the bank and allowed more than a car to be took from Mr. and Mrs. Bacon, i took their piece of mind. One of the most precious things in life. But honestly Mrs. Kane, at the time i didn't know what a piece of mind was or how hard Mr. & Mrs. Bacon worked for their vehicle or that the tellers at the bank where just trying to take care of their families. I was an eighteen year old kid lost and confused from a troubled upbringing. My father was addicted to crack-cocaine and my mother struggled with an addiction to alcohol. Lets just say a piece of mind didn't exist. Mrs. Kane i've come a long way in these last eight years. Although I'm not able to ever make right my wrong, i have worked with "At Risk Youth" through a program called, "Young Adult Deterrence Progra (Y.A.D.P) doing my best to deter youth from robbing someone else of their piece of mind. I've got my G.E.D., i've completed a carpentry program (24 months) which is a

helped to inform other inmates on awareness, self-image, Relationships, anger management just to name a few; i've completed my financial obligation (Restitution) and Remained free from any disciplinary Reports. But most of all Mrs. Kane i've learned how to cry. I know compassion, hurt, pain, frustration along with joy, happiness, a sense of accomplishment, I know how to feel. In "04"; was diagnosed with Type 1 diabetes. I take two insulin shots a day. Talk about a life altering experience. It help me to Reinforce how precious and short life is. Since my incarceration i've watched friends from high school graduate from college, fall in love, have children, persue a career, become home owners, take trips and vacations and i've watched others become addicted to drugs, go to jail, get killed from drinking and driving and drug overdose.

Mrs. Kane if there is such a thing as "Rehabilitated" i assure you i fit the criteria and not by words alone, but through my actions. Over the last eight years i've went from a lost young boy to a determined young man. I've sincerely changed and i think if you ask yourself as a person you would agree. I know you have the authority and the power to do as you would like Regaurding my motion. But whatever your decision, the letter i Received from Mr. & Mrs. Bocon brought great Relief. Please keep in mind sincerity is felt, not read or spoken. Thank you so much for your time.

Sincerely
Richard Middleton

Name: Richard Middleton
Reg. No.: 10249.067
Quarters: N-B
Federal Correctional Institution
P.O. Box 7007
Marianna, FL 32447-7007

GMF BAY COUNTY
FL 324 2 T
10 APR 2008 PM

17102+0383

MRS. YVETTE KANE
228 WALNUT ST.
P.O. BOX 983
HARRISBURG, PA 17108

