DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO
THE ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF PENNSYLVANIA

I hereby certify that as to the following named debtor the requirements of 18 U.S.C. §3613(c) have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien for this judgment and statutory additions has thereby been released. The proper officer in the office where the Notice of Lien or Judgment was filed on <u>March 9, 2001</u>, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:  Richard Middleton Jr.

Residence:    P.O. Box 2500
                     White Deer PA 17887

Court Imposing Judgment:  U.S. District Court

Court Number:  1CR-00-228-002

Amount of Judgment:  $1,703.10

Place of filing:  Cumberland County Prothonotary

WITNESS my hand at Scranton, PA , on this, the ___ day of _____, 2008.

_____
G. MICHAEL THIEL
Assistant United States Attorney



*U.S. Department of Justice*

*United States Attorney*
*Middle District of Pennsylvania*
FINANCIAL LITIGATION UNIT

| | | |
|---|---|---|
| *William J. Nealon Federal Building* | *Federal Building, Suite 220* | *Herman T. Schneebeli Federal* |
| *Suite 311* | *228 Walnut Street* | *Building* |
| *235 N. Washington Avenue* | *P.O. Box 11754* | *Suite 316* |
| *P.O. Box 309* | *Harrisburg, PA  17108-1754* | *240 West Third Street* |
| *Scranton, PA  18501-0309* | *(717) 221-4482* | *Williamsport, PA  17701-6465* |
| *(570) 348-2800* | *FAX (717) 221-4582/221-2246* | *(570) 326-1935* |
| *FAX (570) 348-2816/348-2830* | | *FAX (570) 326-7916* |

*Please respond to:  Scranton office_____*

August 13, 2008

Richard Middleton Jr.
P.O. Box 2500
White Deer, PA  17887

   Re: U.S.A. v. Middleton Jr.
     Case No. 1CR-00-228-002
     USAO No.

Dear Mr. Middleton Jr.:

  Your obligation to the government has been paid in full.  Enclosed for your records is a confirmed copy of a Satisfaction of Judgment, together with a Release of Judgment Lien.

  The original Satisfaction of Judgment has been filed with the Clerk of the Court.  It is your responsibility to record the Release of Judgment Lien with the county records where you reside.

  If there are any questions, please do not hesitate to contact me.  Your cooperation in this matter is appreciated.

           Very truly yours,

           MARTIN C. CARLSON
           Acting United States Attorney

           KAREN M. MUSLOSKI
           Paralegal Specialist

MCC:KMM
Enclosures (2)